**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*David Inkeles*
*Assistant United States Attorney*
*Acting Deputy Chief, Civil Division*

*970 Broad Street*
*Suite 700*
*Newark, NJ 07102*
*david.inkeles@usdoj.gov*

*Main: (973) 645-2700*
*Direct: (973) 645-2813*

August 19, 2026

**<u>Via Electronic Filing</u>**
Hon. Robert Kirsch, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: *Miranda Cardoza v. Delaney Hall Detention Facility*, No. 26-3325**
**Update: Petitioner's Bond Hearing**

Dear Judge Kirsch:

This Office represents Respondents in this habeas matter. We respectfully write to provide an update regarding Petitioner's rescheduled bond hearing. On August 17, 2026, Petitioner appeared for a rescheduled bond hearing, at which an immigration judge denied bond. *See* Exhibit (Bond Order). We respectfully request that the Court close this case, and thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: s/ David Inkeles
DAVID INKELES
Acting Deputy Chief, Civil Division
Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of Record (ECF)

**SO ORDERED**

**Robert Kirsch, U.S.D.J.**
**Date:** August 26, 2026